01

02

03

04

05

06

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CHEN KHAT,                                         )   CASE NO. C07-0230-JCC
                                                   )
          Petitioner,                              )
                                                   )
     v.                                            )
                                                   )   ORDER DISMISSING § 2254
WARDEN JOHN GAY,                                   )   PETITION
                                                   )
          Respondent.                              )
_____           )
                                                   )

The Court, having reviewed petitioner's petition for writ of habeas corpus, all briefing
submitted by the parties, the Report and Recommendation of the Honorable James P. Donohue,
United States Magistrate Judge, and the balance of the record, does hereby find and Order:

(1)    The Court adopts the Report and Recommendation (Dkt. No. 13).

(2)    Petitioner's federal habeas petition (Dkt. No. 1) is DENIED, and this action is
       DISMISSED with prejudice.

(3)    The Clerk is directed to send copies of this Order to all counsel of record and to
       Judge Donohue.

ORDER DISMISSING § 2254 PETITION
PAGE -1

01    DATED this 9th day of October, 2007.

02

03

04

05    _____

06    JOHN C. COUGHENOUR
      United States District Judge

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

ORDER DISMISSING § 2254 PETITION
PAGE -2